Charles Morgan Appealt
John Bridgen Deft

An Appeale from a verdict and Judgmt given for the Deft att a Court of Sessions held att Jamacia for twenty-six pound Due by bill which was for a Servant which the Defendt by threats and Surprize had forced to engage by Indenture to Serve him Tenn yeares and sold him for the said Terme to the Appealt but pressently run away the Proceeding of said Court read and partyes fully heard the said Indenture and Disposall of ye said Servant appearing to bee obtained and Done Contrary to Law the Court reversed ye said Judgmt of the Court of Sessions and acquitt the Appealt from the said bill. The Costs of the Court of Sessions and this Court to bee paid equally between them.

---

The Inhabitants of Flattbush Appealts
The Inhabitants of Flattlands Defts

An Appeale from the Judgmt of the Court of Sessions att Gravesend where the Appealts on Pretence of not performing an Award made between them were fined Tenn pounds with Award being produced and owned by both partyes who Declared were willing to stand to and abide by the same and the onely Difference appearing to be about staking out the meadow Accordingly. The Proceedings of said Court read and partyes fully heard. The Court remitt the said fine and give Judgment That Mr Nicolas Demeyer and Capt Richaard Stilwell two of the Arbitrators Mr Nicholas Bayard and Mr James Hubbard persons nominated by the partyes doe stak out the meadow in Controversie according to said Award, but if either of ye said persons shall by sickness or other Accident be hindred from attending the same then that ye partyes Doe Choose another in his stead the Defts to pay Costs.